UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, | ) Docket no. 2:11-cr-00136-GZS |
|    a/k/a Tony | ) |
|    a/k/a Rashide Campbell | ) |
|    a/k/a Theotis Leonard | ) |
| | ) |
|    Defendant. | ) |

## ORDER ON DEFENDANT'S MOTION TO EXCLUDE

A jury trial is set to commence on November 30, 2011. Before the Court is the Defendant's Motion to Exclude Portions of Recordings (Docket # 45). The Motion seeks to exclude from evidence recordings that refer to prior transactions and dealings between the undercover agent and the Defendant based on Fed. R. Evid. 403 & 404(b). Consistent with the Court's Order on the Government's Motion in Limine to Introduce Evidence (Docket # 54), Defendant's Motion is hereby DENIED WITHOUT PREJUDICE. Defendant is free to object to the introduction of prior transaction testimony at trial.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of November, 2011.